# LIST OF DECISIONS—NO OPINIONS.

## New York Common Pleas — General Term, February, 1895.

Israel O. Blake, Respondent, v. Herman Bolte, Appellant. — Motion for reargument. Philip Carpenter, for respondent. J. P. Niemann, for appellant. Motion granted.

William J. Johnston et al., Appellants, v. Thomas Commerford Martin, Respondent. — Motion for reargument. Thomas J. Kiegharn, for appellants. Masten Nichols, for respondent. Motion denied, with ten dollars costs.

William J. Townsend, Respondent, v. Thomas Auld, Appellant. — Motion for reargument. Louis F. Murray, for respondent. Theodore H. Friend, for appellant. Motion denied, with ten dollars costs.

Henry Gimpel, Appellant, v. Peter K. Wilson et al., Respondents. — Motion for reargument. Blumenstiel & Hirsch, for respondents. William R. Wilder, for appellant. Motion denied, with ten dollars costs.

The People v. Josephine De Barler et al. — Motion to vacate judgment entered on a forfeited recognizance. John R. Fellows, for plaintiff. Granted.

Aaron Jaffe, Appellant, v. The Hamburg-American Packet Co., Respondent. — Appeal from Sixth Judicial District Court. A. H. Sarasohn, for appellant. Julius J. Frank, for respondent. Judgment affirmed, with costs, by default.

Before Daly, Ch. J., Bookstaver and Bischoff, JJ.

Peter McDugan, Appellant, v. The New York Central & Hudson River Railroad Co., Respondent.— Lamb, Osborn & Petty, for appellant. Frank Loomis, for respondent. Judgment affirmed, upon the opinion of the General Term upon the former appeal in this action.

Ella Cram, Respondent, v. The Springer Lithographing Co., Appellant. — Motion for leave to appeal to Court of Appeals. Kellogg, Rose & Smith, for respondent. Boothby & Warren, for appellant. Motion denied, with ten dollars costs.

The Owl Cigar Co., Respondent, v. Thomas Lidgerwood, Appellant. — J. Bradley Tanner, for respondent. S. A. Emanuel, for appellant. Appeal dismissed.

Munczi, Lajos, Respondent, v. The Eden Musee Americain Co., Appellant. — Motion for reargument. Dittenhoefer & Gerber, for respondent. Seligman & Seligman, for appellant. Motion denied, with ten dollars costs.

Margaret O'Rourke v. The John Hancock Mutual Life Insurance Co. — Motion for reargument and leave to appeal to Court of Appeals. Langbien Bros. & Langbien, for defendant. Motion denied, with ten dollars costs.

Jacob Shrady et al., Respondents, v. The Metropolitan Elevated Railroad Co., Appellant. — W. G. Peckham, for respondents. Davies & Rapallo, for appellant. Appeal settled.

Charles Saul, Respondent, v. Jacob Meyersohn, Appellant. — Appeal from Fourth Judicial District Court. Steiner & Rosenthal, for respondent. A. H. Sarasohn, for appellant. Judgment affirmed, with costs, upon argument.

Moses Heilman, Respondent, v. Charles A. Hess, Appellant. — Appeal from Seventh Judicial District Court. Hayman & Rosenthal, for respondent. Langbein Bros. & Langbein, for appellant. Judgment affirmed, with costs, upon argument.

Anna Rickert, Respondent, v. George Scott, Appellant. — Appeal from Eleventh Judicial District Court. Robert Goeller, for respondent. Robert Lyon, for appellant. Appeal settled.

The People, Plaintiffs, v. Christian Roth et al., Defendants. Motion to vacate judgment entered on a forfeited recognizance. John R. Fellows, for plaintiffs. F. P. Hummel, for defendants. Motion granted.

J. Wilson Bryant, Appellant, v. The Bowery Savings Bank, Respondent.— Appeal from Tenth Judicial District Court. J. Wilson Bryant, for appellant. Norward J. Dilley, for respondent. Judgment affirmed, with costs, upon argument.

Jacob Appell, Respondent, v. Theodore W. Stemmler, Appellant. — Appeal from Eighth Judicial District Court. Albert J. Appell, for respondent. Douglass & Minton, for appellant. Judgment affirmed, with costs, upon argument.

Frank M. Clute, Respondent, v. Moses M. Broadwell, Appellant. — Appeal from a judgment of Bookstaver, J. Hatch & Wickes, for respondent. Edw. R. Terry, for appellant. Judgment affirmed, with costs, upon argument.

Louise Carlson, Respondent, v. Maria L. Winterson, Appellant.— Motion for leave to appeal to Court of Appeals. H. M. Hitchings, for respondent. E. F. Bullard, for appellant. Motion granted.

The People, Plaintiffs, v. George S. Moore et al., Defendants. Motion to vacate judgment entered on a forfeited recognizance. Louis Hanneman, for plaintiffs. Marcus Mandelbaum, for defendants. Motion denied, with leave to renew.

The People, Plaintiffs, v. Ignatz H. Rosenfeld, Jr., Defendant. Motion to vacate judgment entered on a forfeited recognizance. John R. Fellows, for plaintiffs. Mashbir & Cukor, for defendant. Application denied.

Maria L. Winterson, Plaintiff, v. Hector M. Hitchings et al., Defendants. Motion for reargument. E. F. Bullard, for plaintiff. Hector M. Hitchings, for defendants. Denied, with ten dollars costs.